OCTOBER 18, 1976

No. 75–6429. THOMPSON *v.* HENSLEY, DISTRICT ATTORNEY, NINTH JUDICIAL DISTRICT OF NEW MEXICO, ET AL.

Appeal from D. C. N. M. Motion of appellant for leave to proceed *in forma pauperis* granted. Without indicating any views on the constitutionality of N. M. Stat. Ann. § 34–2–5 (1953), judgment affirmed insofar as it upholds the constitutionality of N. M. Stat. Ann. § 34–2–18 (1953).